UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1)  ZHENXING WANG,<br>  a/k/a "Danny Wang"<br>(2)  JING BIN HUANG,<br>  a/k/a "靖斌 黄"<br>(3)  BAOYU ZHOU,<br>  a/k/a "周宝玉"<br>(4)  TONG YUZE,<br>  a/k/a "佟雨泽"<br>(5)  YONGZHE XU,<br>  a/k/a "徐勇哲"<br>  a/k/a "يونجزهي أكسو"<br>(6)  ZIYOU YUAN,<br>  a/k/a "زيــو"<br>(7)  ZHENBANG ZHOU,<br>  a/k/a "周震邦"<br>(8)  MENGTING LIU, and<br>  a/k/a "劉　孟婷"<br>(9)  ENCHIA LIU,<br>  a/k/a "刘恩嘉"<br><br>Defendants. | Criminal No.  25-cr-10273-NMG<br><br>Violations:<br><br>Count One: Conspiracy to Commit Wire and Mail Fraud<br>(18 U.S.C. § 1349)<br><br>Count Two: Money Laundering Conspiracy<br>(18 U.S.C. § 1956(h))<br><br>Count Three: Conspiracy to Commit Identity Theft<br>(18 U.S.C. §§ 1028(a)(7) and (f))<br><br>Count Four: Conspiracy to Damage a Protected Computer<br>(18 U.S.C. § 371)<br><br>Count Five: Conspiracy to Violate the International Emergency Economic Powers Act<br>(50 U.S.C. §§ 1705(a) and (c))<br><br>Forfeiture Allegations:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. §§ 981(a)(1) and (a)(2)(B), 1028(b)(5), 1030(i); and 19 U.S.C. § 1595a(d)) |

**GOVERNMENT'S MOTION TO UNSEAL**

   The United States hereby respectfully moves the Court to unseal the Indictment and the arrest warrants in this matter.  As grounds for this motion, the government states there is no longer a need to maintain these materials under seal.


[signature on page two]


                              Respectfully submitted,

                              LEAH B. FOLEY
                              United States Attorney

By: <u>*/s/ Jason A. Casey*</u>
    JASON A. CASEY
    Assistant U.S. Attorney

Dated: June 30, 2025

So ordered.

_____
UNITED STATES MAGISTRATE JUDGE