IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:24-CR-10217-DJC-1 |
| | ) | |
| JESSE LELIEVRE | ) | |

ASSENTED TO - MOTION FOR ADMISSION *PRO HAC VICE* AND CERTIFICATION

Now comes local counsel before this Honorable Court, and pursuant to Local Rule 85.5.3(e) for the District of Massachusetts, hereby moves for an Order admitting Brian T. Rafferty., to practice *Pro Hac Vice* to appear as counsel for Defendant in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1. Mr. Rafferty is a member in good standing of the State Bar of the highest court of Georgia and has also been admitted in numerous federal jurisdictions as set forth in his accompanying Certification.

2. There are no disciplinary proceedings against Mr. Rafferty, as a member of the bar of any jurisdiction.

3. Mr. Rafferty has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District Court for the District of Massachusetts and that he agrees to comply with the same.

4. Mr. Rafferty has not previously had a *pro hac vice* admission to this Court or other admission for a limited purpose under this rule revoked for misconduct.

5. Mr. Rafferty has submitted herewith his Certification for Admission *Pro Hac Vice* as required by Local Rule along with a certificate of good standing from the State of Georgia.

Counsel for the United States has assented to this motion.

Respectfully submitted,

Counsel for the defendant,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken, Maguire, Sheehan & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*jbenzaken@bmswlaw.com*

### Certificate of Service

I hereby certify that a copy of this motion has been filed and served through the CM/ECF system on all registered parties.

*/s/ Jason Benzaken*

Dated: July 16, 2025