UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 25-cr-10273-NMG |
|  | ) |  |
|  | ) | Violations: |
| v. | ) |  |
|  | ) | Count One: Conspiracy to Commit |
| (1) ZHENXING WANG, | ) | Wire and Mail Fraud |
|   a/k/a "Danny Wang" | ) | (18 U.S.C. § 1349) |
| (2) JING BIN HUANG, | ) |  |
|   a/k/a "靖斌 黄" | ) | Count Two: Money Laundering Conspiracy |
| (3) BAOYU ZHOU, | ) | (18 U.S.C. § 1956(h)) |
|   a/k/a "周宝玉" | ) |  |
| (4) TONG YUZE, | ) | Count Three: Conspiracy to Commit |
|   a/k/a "佟雨泽" | ) | Identity Theft |
| (5) YONGZHE XU, | ) | (18 U.S.C. §§ 1028(a)(7) and (f)) |
|   a/k/a "徐勇哲" | ) |  |
|   a/k/a "يونجزهي أكسو" | ) | Count Four: Conspiracy to Damage |
| (6) ZIYOU YUAN, | ) | a Protected Computer |
|   a/k/a "زيو" | ) | (18 U.S.C. § 371) |
| (7) ZHENBANG ZHOU, | ) |  |
|   a/k/a "周震邦" | ) | Count Five: Conspiracy to Violate the |
| (8) MENGTING LIU, and | ) | International Emergency Economic Powers Act |
|   a/k/a "劉 孟婷" | ) | (50 U.S.C. §§ 1705(a) and (c)) |
| (9) ENCHIA LIU, | ) |  |
|   a/k/a "刘恩嘉" | ) | Forfeiture Allegations: |
|  | ) | (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. |
|  | ) | § 2461(c); 18 U.S.C. §§ 981(a)(1) and (a)(2)(B), |
| Defendants. | ) | 1028(b)(5), 1030(i); and 19 U.S.C. § 1595a(d)) |
|  | ) |  |

## **NOTICE OF APPEARANCE**

The United States of America, through its undersigned Trial Attorney, respectfully submits this Notice of Appearance, requesting that Trial Attorney Gregory Jon Nicosia, Jr. be informed of all future filings in the above-captioned case.

        Respectfully submitted,

        JOHN A. EISENBERG
        ASSISTANT ATTORNEY GENERAL
        NATIONAL SECURITY DIVISION

By:   */s/ Gregory J. Nicosia, Jr.*
        GREGORY JON NICOSIA, JR.
        DC Bar No. 1033923
        Trial Attorney
        National Security Division
        950 Pennsylvania Avenue, NW
        Washington, DC 20530
        (202) 353-4273
        Gregory.Nicosia@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on July 18, 2025 with the Clerk via CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Gregory J. Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
Trial Attorney
National Security Division